UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:14-cr-23-FtM-38DNF

BRIAN RALPH HERRON

### ORDER[1]

This matter comes before the Court on Motion in Limine (Doc. #63) filed on January 5, 2015. Since the filing of the motion, Defendant obtained a new attorney. The Court recognizes the new attorney may have a different strategy/defense than the previous attorney. As such, the Court will deny the motion *in limine* without prejudice. The Court, however, will entertain any new properly filed motion *in limine* on the merits.

Accordingly, it is now **ORDERED:**

Motion in Limine (Doc. #63) is **DENIED without prejudice**.

**DONE AND ORDERED** at Fort Myers, Florida, this June 10, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.